IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/27/18 8:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: )
)
Michael W. Parker )
Sherri E. Parker, )   Case No. 16-21674 GLT
)   Chapter 13
*Debtor(s)* )   Document No. WO-1
)
)   Related to Dkt. No. 71
Michael W. Parker, )
)
*Movant(s)* )
)
Social Security No. XXX-XX-4414 )
)
*vs.* )
)
Tube City IMS LLC and )
Ronda J. Winnecour, Trustee )
*Respondent(s)* )

## ORDER OF COURT

AND NOW, to wit, this ___27th___ day of ___September___, 2018, it is hereby ORDERED, ADJUDGED, and DECREED, that the wage attachment affecting the wages of Michael Parker be terminated immediately.

Employer:

        **Tube City IMS LLC**
        **Attn: Payroll Dept.**
        **1155 Business Center Drive**
        **Horsham, PA 19044**
        **Erie, PA 16506**

_____
Honorable Gregory L. Taddonio       jah
U.S. Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Michael W. Parker
Sherri E. Parker
    Debtors

Case No. 16-21674-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Sep 27, 2018
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2018.
db          +Michael W. Parker,    534 Oak Avenue,    Elizabeth, PA 15037-1634

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2018 at the address(es) listed below:
         Christopher M. Frye    on behalf of Debtor Michael W. Parker chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
          ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
          inberg.com
         Christopher M. Frye    on behalf of Joint Debtor Sherri E. Parker chris.frye@steidl-steinberg.com,
          julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
          ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
          inberg.com
         James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
          Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed
          Notes bkgroup@kmllawgroup.com
         Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
          mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                         TOTAL: 7