IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Michael W. Parker ) | |
| Sherri E. Parker, ) | Case No. 16-21674 GLT |
| ) | Chapter 13 |
| *Debtor(s)* ) | Document No.   WO-1 |
| ) | |
| ) | Related to Docket No. 74 |
| Michael W. Parker, ) | |
| ) | |
| *Movant(s)* ) | |
| ) | |
| Social Security No. XXX-XX-4414 ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Eastman Chemical Co. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondent(s)* ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on October 1, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Michael & Sherri Parker
534 Oak Avenue
Elizabeth, Pa 15037

Eastman Chemical Co.
Attn: Payroll Dept.
100 N. Eastman Road
Kingsport, TN 37664

Date of Service: October 1, 2018

/s/ Christopher M. Frye
Christopher M. Frye, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Chris.frye@steidl-steinberg.com
PA I.D. No. 208402