**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael W. Parker**
**Sherri E. Parker**
**fka Sherri E. Bound**
   Debtor(s)

Bankruptcy Case No.: 16–21674–GLT

Chapter: 13
Docket No.: 85 – 84
Concil. Conf.: November 7, 2019 at 09:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the \_\_\_1st\_\_\_ day of \_\_\_October\_\_\_, \_2019\_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    First Class Mail

on the respondent(s) at (list names and addresses here):

    See Attached Mailing Matrix

Executed on   October 1, 2019       /s/ Todd Thomas
              (Date)                         (Signature)

Todd Thomas Steidl & Steinberg, P.C. 707 Grant Street, Gulf Tower-Suite 2830, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          Ally Financial                         AmeriCredit Financial Services, Inc. dba GM
0315-2                                   P O Box 130424                         P O Box 183853
Case 16-21674-GLT                        Roseville, MN 55113-0004               Arlington, TX 76096-3853
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Tue Oct  1 09:21:06 EDT 2019

Capital One Bank                         Capital One Bank (USA), N.A.           Capital One NA
P.O. Box 71083                           PO Box 71083                           c/o Becket and Lee LLP
Charlotte, NC 28272-1083                 Charlotte, NC  28272-1083              PO Box 3001
                                                                                Malvern PA 19355-0701

(p)CAVALRY PORTFOLIO SERVICES LLC        Comenity - Victoria's Secret           Comenity-HSN
500 SUMMIT LAKE DR                       PO Box 659728                          PO Box 659707
STE 400                                  San Antonio, TX 78265-9728             San Antonio, TX 78265-9707
VALHALLA NY 10595-2322

Credit Collection Services               Deutsche Bank National Trust Company   Escallate, LLC
PO Box 55126                             c/o Select Portfolio Servicing, Inc.   P.O. Box 630906
Boston, MA 02205-5126                    P.O. Box 65250                         Cincinnati, OH 45263-0906
                                         Salt Lake City, UT 84165-0250

Escallate, LLC                           Family Practice Medical Associates South   Christopher M. Frye
P.O. Box 645425                          1200 Brooks Lane #290                  Steidl & Steinberg
Cincinnati, OH 45264-5425                Jefferson Hills, PA 15025-3765         Suite 2830 Gulf Tower
                                                                                707 Grant Street
                                                                                Pittsburgh, PA 15219-1908

GM Financial                             Jefferson Hospital                     Kohl's Payment Center
4001 Embarcadero                         P.O. Box 643054                        P.O. Box 2983
Arlington, TX 76014-4106                 Pittsburgh, PA 15264-3054              Milwaukee, WI 53201-2983

MIDLAND FUNDING LLC                      Office of the United States Trustee    One Main Financial
PO Box 2011                              Liberty Center.                        PO Box 70911
Warren, MI 48090-2011                    1001 Liberty Avenue, Suite 970         Charlotte, NC 28272-0911
                                         Pittsburgh, PA 15222-3721

PRA  Receivables Management LLC          Michael W. Parker                      Sherri E. Parker
POB 41067                                534 Oak Avenue                         534 Oak Avenue
Norfolk, VA 23541-1067                   Elizabeth, PA 15037-1634               Elizabeth, PA 15037-1634

Pennsylvania American Water              Pennsylvania Dept. of Revenue          People's Natural Gas
P.O. Box 371412                          Department 280946                      P.O. Box 644760
Pittsburgh, PA 15250-7412                P.O. Box 280946                        Pittsburgh, PA 15264-4760
                                         ATTN: BANKRUPTCY DIVISION
                                         Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC          Peoples Natural Gas Company, LLC       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
c/o Barbara Rodgers                      Attn: Dawn Lindner                     PO BOX 41067
375 North Shore Drive                    225 North Shore Drive                  NORFOLK VA 23541-1067
Pittsburgh, PA 15212-5866                Pittsburgh, PA 15212-5860
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Sears Credit Cards<br>PO Box 9001055<br>Louisville, KY 40290-1055 |
| Select Portfolio Servicing, Inc.<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | State Collection Service Inc.<br>PO Box 6250<br>Madison, WI 53716-0250 | Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| United Collection Bureau, Inc.<br>P.O. Box 140190<br>Toledo, OH 43614-0190 | Matthew Christian Waldt<br>Milstead & Associates, LLC<br>1 East Stow Road<br>Marlton, NJ 08053-3118 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Cavalry Portfolio<br>4050 E. Cotton Center<br>Suite 20<br>Phoenix, AZ 85040 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Americredit Financial Services, Inc. dba G<br>PO Box 183853<br>Arlington, TX 76096-3853 | (u)Deutsche Bank National Trust Company, as I | (u)Select Portfolio Servicing, Inc. |

End of Label Matrix
Mailable recipients    40
Bypassed recipients     3
Total                  43