**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael W. Parker
Sherri E. Parker
fka Sherri E. Bound**
    Debtor(s)

Bankruptcy Case No.: 16–21674–GLT
Issued Per 11/7/2019 Proceeding
Chapter: 13
Docket No.: 91 – 86
Concil. Conf.: November 7, 2019 at 09:30 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated September 25, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.     For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.     The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.     Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on Nov. 7, 2019 at 09:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.     Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.     The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.     The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.     Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

    (1) Peoples Gas to be paid per order entered at Docket No. 82 as priority administrative claim.

    (2) The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: Claim No. 3 of PA Receivables.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: November 12, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 16-21674-GLT
Michael W. Parker                                                Chapter 13
Sherri E. Parker
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: Nov 12, 2019
                              Form ID: 149                Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db/jdb         +Michael W. Parker,    Sherri E. Parker,    534 Oak Avenue,    Elizabeth, PA 15037-1634
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14282671        Capital One NA,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14236613        Family Practice Medical Associates South,    1200 Brooks Lane #290,
                 Jefferson Hills, PA 15025-3765
14236615       +Jefferson Hospital,    P.O. Box 643054,   Pittsburgh, PA 15264-3054
14236619        Pennsylvania American Water,    P.O. Box 371412,    Pittsburgh, PA 15250-7412
14236620        People’s Natural Gas,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
14300953       +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive,
                 Pittsburgh, PA 15212-5866
14236621       +Sears Credit Cards,    PO Box 9001055,   Louisville, KY 40290-1055
14236623       +State Collection Service Inc.,    PO Box 6250,    Madison, WI 53716-0250
14236625       +United Collection Bureau, Inc.,    P.O. Box 140190,    Toledo, OH 43614-0190

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2019 04:22:16
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
14224175        E-mail/Text: ally@ebn.phinsolutions.com Nov 13 2019 04:14:39     Ally Financial,
                 P O Box 130424,   Roseville, MN 55113-0004
14227844       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 13 2019 04:15:48
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14236607        E-mail/Text: bankruptcy@cavps.com Nov 13 2019 04:16:47     Cavalry Portfolio,
                 4050 E. Cotton Center,   Suite 20,   Phoenix, AZ 85040
14236606       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 13 2019 04:21:06     Capital One Bank,
                 P.O. Box 71083,   Charlotte, NC 28272-1083
14233336        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 13 2019 04:22:11
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC 28272-1083
14236608       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 13 2019 04:15:56
                 Comenity - Victoria’s Secret,    PO Box 659728,   San Antonio, TX 78265-9728
14236609        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 13 2019 04:15:57     Comenity-HSN,
                 PO Box 659707,   San Antonio, TX 78265-9707
14236610        E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 13 2019 04:17:16
                 Credit Collection Services,    PO Box 55126,   Boston, MA 02205-5126
14304707        E-mail/Text: jennifer.chacon@spservicing.com Nov 13 2019 04:17:22
                 Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
14236611        E-mail/Text: bankruptcies@escallate.com Nov 13 2019 04:14:37     Escallate, LLC,
                 P.O. Box 630906,   Cincinnati, OH 45263-0906
14236612        E-mail/Text: bankruptcies@escallate.com Nov 13 2019 04:14:37     Escallate, LLC,
                 P.O. Box 645425,   Cincinnati, OH 45264-5425
14236614       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 13 2019 04:15:48     GM Financial,
                 4001 Embarcadero,   Arlington, TX 76014-4106
14236617       +E-mail/Text: bncnotices@becket-lee.com Nov 13 2019 04:15:40     Kohl’s Payment Center,
                 P.O. Box 2983,   Milwaukee, WI 53201-2983
14274868       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2019 04:16:26     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14236618       +E-mail/PDF: cbp@onemainfinancial.com Nov 13 2019 04:19:50     One Main Financial,
                 PO Box 70911,   Charlotte, NC 28272-0911
14706711        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2019 04:22:16
                 Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
14300893        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2019 04:21:11
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14243440        E-mail/Text: bnc-quantum@quantum3group.com Nov 13 2019 04:16:03
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
14241889        E-mail/Text: bnc-quantum@quantum3group.com Nov 13 2019 04:16:04
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14224176        E-mail/Text: jennifer.chacon@spservicing.com Nov 13 2019 04:17:22
                 Select Portfolio Servicing, Inc.,    PO Box 65450,   Salt Lake City, UT 84165-0450
14236624        E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2019 04:22:02     Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Deutsche Bank National Trust Company, as Indenture
cr            Select Portfolio Servicing, Inc.
```

```
District/off: 0315-2           User: dbas                  Page 2 of 2                  Date Rcvd: Nov 12, 2019
                               Form ID: 149                Total Noticed: 33

cr*            +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14236605*       Ally Financial,    P O Box 130424,    Roseville, MN 55113-0004
14236062*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14236616*      +Jefferson Hospital,    P.O. Box 643054,    Pittsburgh, PA 15264-3054
14236622*       Select Portfolio Servicing, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

```
          Christopher M. Frye    on behalf of Debtor Michael W. Parker chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          Christopher M. Frye    on behalf of Joint Debtor Sherri E. Parker chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-ste
           inberg.com
          James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed
           Notes bkgroup@kmllawgroup.com
          Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```