Certificate Number: 05781-PAW-DE-035754540

Bankruptcy Case Number: 16-21674



05781-PAW-DE-035754540

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 14, 2021, at 3:49 o'clock AM PDT, Michael Parker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 14, 2021            By:    /s/Allison M Geving

                                Name:  Allison M Geving

                                Title: President