IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael W. Parker | ) | Case No. 16-21674 GLT |
| Sherri E. Parker, | ) | Chapter 13 |
| fka Sherri E. Bound, | | |
|     Debtor(s) | ) | Docket No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Michael W. Parker | ) | |
| Sherri E. Parker, | ) | |
| fka Sherri E. Bound, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |
| | ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
   The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 17, 2021 at docket number 104 and 105, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

                                                Respectfully submitted,

June 28, 2021                            /s/ Christopher M. Frye
DATE                                        Christopher M. Frye, Esquire
                                                Attorney for the Debtor(s)

                                                STEIDL & STEINBERG
                                                Suite 2830 – Gulf Tower
                                                707 Grant Street
                                                Pittsburgh, PA  15219
                                                (412) 391-8000
                                                chris.frye@steidl-steinberg.com
                                                PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**