FILED
8/16/21 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael W. Parker<br>Sherri E. Parker<br><br>     Debtor(s)<br><br>Michael W. Parker<br>Sherri E. Parker<br><br>     Movants<br><br>  vs.<br><br>Deutsche Bank National Trust c/o Select Portfolio<br>Servicing, Inc.<br><br>     Respondent | NO. 16-21674 GLT<br><br>CHAPTER 13<br><br>Related Dkt. No. 109 and 111 |

## ORDER GRANTING EXTENSION

Upon consideration of Respondent's Motion Request an Extension of Time and

Continuance of Hearing, it is hereby:

**ORDERED** that the deadline to file the Response to the Objection to Notice of

Mortgage Payment Change be extended to September 15, 2021 and the hearing scheduled

for September 1, 2021 at 1:00 p.m. be continued for 30 days to  October 20, 2021 at 9am  in
Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St., Pittsburgh, PA. Parties may participate
in the hearing using Zoom in compliance with Judge Taddonio's Procedures.

Dated:  August 16, 2021

_____
United States Bankruptcy Judge