**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **MICHAEL W. PARKER** |
| Debtor 2 (Spouse, if filing) | **SHERRI E. PARKER** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **16-21674GLT** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST CO -

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 5 6

**Property Address:** 534 OAK AVE
ELIZABETH PA 15037

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:** — Amount

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 16,165.73 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 16,165.73 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 16,165.73 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment    $   $1,221.67

The next postpetition payment is due on   7 / 1 / 2021
                                          MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **MICHAEL W. PARKER** | Case number *(if known)* | **16-21674GLT** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

x /s/ Ronda J. Winnecour          Date  09/02/2021
Signature

Trustee   Ronda J. Winnecour

Address   CHAPTER 13 TRUSTEE WD PA
          600 GRANT STREET
          SUITE 3250 US STEEL TWR
          PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | MICHAEL W. PARKER | Case number *(if known)* | 16-21674GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 08/25/2017 | 1050433 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 303.97 |
| 09/26/2017 | 1053759 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 416.17 |
| 12/21/2017 | 1063698 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 146.54 |
| 01/25/2018 | 1067105 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,636.62 |
| 03/28/2018 | 1073501 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,041.30 |
| 06/22/2018 | 1083185 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 452.40 |
| 07/26/2018 | 1086312 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,640.13 |
| 08/28/2018 | 1089556 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 523.31 |
| 11/21/2018 | 1086312 | DEUTSCHE BANK NATIONAL TRUST CO - | CANCELLED CHECK TO CREDITOR/PRINC | -1,640.13 |
| 11/21/2018 | 1098257 | DEUTSCHE BANK NATIONAL TRUST CO - | PREWRITTEN CHECK TO CREDITOR/PRIN | 1,640.13 |
| 03/25/2019 | 1111965 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 609.28 |
| 04/26/2019 | 1115247 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,435.61 |
| 05/24/2019 | 1118646 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 431.62 |
| 06/25/2019 | 1122030 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 431.62 |
| 07/29/2019 | 1125458 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 448.86 |
| 08/27/2019 | 1128895 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 448.86 |
| 09/24/2019 | 1132323 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 448.86 |
| 10/24/2019 | 1135577 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,338.05 |
| 11/25/2019 | 1139030 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 307.13 |
| 12/23/2019 | 1142455 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 307.13 |
| 01/28/2020 | 1145866 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 311.43 |
| 02/25/2020 | 1149353 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 311.43 |
| 03/23/2020 | 1152908 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 956.68 |
| 04/27/2020 | 1156342 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,298.45 |
| 05/26/2020 | 1159742 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 224.45 |
| 06/26/2020 | 1163127 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 224.45 |
| 07/29/2020 | 1166276 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 224.45 |
| 08/25/2020 | 1169346 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 224.45 |
| 09/28/2020 | 1172424 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 22.48 |
| | | | | 16,165.73 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 01/27/2017 | 1026947 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 8,733.36 |
| 02/24/2017 | 1030402 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 745.94 |
| 03/28/2017 | 1033791 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 2,254.79 |
| 04/21/2017 | 1037156 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 755.16 |
| 05/25/2017 | 1040409 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,515.09 |
| 06/27/2017 | 1043767 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 2,277.72 |
| 07/25/2017 | 1047084 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,273.94 |
| 08/25/2017 | 1050433 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,170.40 |
| 09/26/2017 | 1053759 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,193.88 |
| 10/25/2017 | 1057139 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 763.45 |
| 11/21/2017 | 1060445 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,526.49 |
| 12/21/2017 | 1063698 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,221.26 |
| 01/25/2018 | 1067105 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,170.40 |
| 02/23/2018 | 1070330 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 763.45 |
| 03/28/2018 | 1073501 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,577.35 |
| 04/24/2018 | 1076735 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 764.25 |
| 05/25/2018 | 1079973 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,528.09 |
| 06/22/2018 | 1083185 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,218.86 |
| 07/26/2018 | 1086312 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,170.40 |
| 08/28/2018 | 1089556 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,170.40 |
| 09/25/2018 | 1092761 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 764.25 |
| 10/29/2018 | 1095949 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 701.59 |
| 11/21/2018 | 1086312 | DEUTSCHE BANK NATIONAL TRUST CO - | CANCELLED CHECK TO CREDITOR/CONT | -1,170.40 |
| 11/21/2018 | 1098257 | DEUTSCHE BANK NATIONAL TRUST CO - | PREWRITTEN CHECK TO CREDITOR/CON | 1,170.40 |
| 11/27/2018 | 1099163 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 701.38 |
| 12/21/2018 | 1102283 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 2,174.70 |
| 01/25/2019 | 1105433 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,424.84 |
| 02/25/2019 | 1108721 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,479.38 |
| 03/25/2019 | 1111965 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,316.83 |
| 04/26/2019 | 1115247 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 05/24/2019 | 1118646 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |

| Debtor 1 | **MICHAEL W. PARKER** | Case number *(if known)* | **16-21674GLT** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 06/25/2019 | 1122030 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 07/29/2019 | 1125458 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 08/27/2019 | 1128895 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 09/24/2019 | 1132323 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 10/24/2019 | 1135577 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 11/25/2019 | 1139030 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 12/23/2019 | 1142455 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 01/28/2020 | 1145866 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 02/25/2020 | 1149353 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,201.05 |
| 03/23/2020 | 1152908 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,216.41 |
| 04/27/2020 | 1156342 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 05/26/2020 | 1159742 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 06/26/2020 | 1163127 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 07/29/2020 | 1166276 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 08/25/2020 | 1169346 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 09/28/2020 | 1172424 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 10/26/2020 | 1175529 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 11/24/2020 | 1178610 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 12/21/2020 | 1181589 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 01/25/2021 | 1184534 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,206.17 |
| 02/22/2021 | 1187624 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,268.17 |
| 03/26/2021 | 1190861 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,221.67 |
| 04/26/2021 | 1194174 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,221.67 |
| 05/25/2021 | 1197300 | DEUTSCHE BANK NATIONAL TRUST CO - | AMOUNTS DISBURSED TO CREDITOR | 1,221.67 |
| | | | | 72,780.49 |

Case 16-21674-GLT    Doc 116    Filed 09/02/21    Entered 09/02/21 15:46:54    Desc Main
Document    Page 5 of 5

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

MICHAEL W. PARKER
SHERRI E. PARKER
534 OAK AVENUE
ELIZABETH, PA  15037

CHRISTOPHER M FRYE ESQ
STEIDL & STEINBERG
GULF TOWER STE 2830
707 GRANT ST
PITTSBURGH, PA  15219

DEUTSCHE BANK NATIONAL TRUST CO - TRUSTEE
C/O SELECT PORTFOLIO SERVICING INC*
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

SELECT PORTFOLIO SERVICING**
BANKRUPTCY NOTICES**
POB 65250
SALT LAKE CITY, UT  84165

BRIAN C NICHOLAS ESQ
KML LAW GROUP PC
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

9/2/21                                    /s/ Roberta Saunier
                                          Administrative Assistant
                                          Office of the Chapter 13 Trustee