# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re: Michael W. Parker**<br>**Sherri E. Parker aka Sherri E. Bound**   Debtor(s)<br>**Michael W. Parker**<br>**Sherri E. Parker aka Sherri E. Bound**<br>                    Movant<br>        vs.<br><br>**Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes,**<br><br>                    Respondents | **BK NO. 16-21674 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10** |

## NOTICE OF WITHDRAWAL OF
## NOTICE OF MORTGAGE PAYMENT CHANGE
## (CLAIM 10)

The Notice of Mortgage Payment Change filed on June 24, 2021 for Claim #10 is hereby WITHDRAWN. Therefore, the hearing scheduled for October 20, 2021 at 9:00 a.m. may be cancelled.


Dated: 9/8/2021                    /s/ Maria D. Miksich, Esq.
                                   Maria D. Miksich, Esq. (Atty ID: 319383)
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA
                                   215-627-1322
                                   mmiksich@kmllawgroup.com



                                   So ordered.


                                   _____ J.