# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re: Michael W. Parker**<br>**Sherri E. Parker aka Sherri E. Bound**  Debtor(s)<br><br>**Michael W. Parker**<br>**Sherri E. Parker aka Sherri E. Bound**  Movant<br><br>vs.<br><br>**Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes,**<br><br>Respondents | **BK NO. 16-21674 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10**<br><br>Related to Dkt. No. 109 and 117<br><br>FILED<br>9/13/21 5:02 pm<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

## NOTICE OF WITHDRAWAL OF
## NOTICE OF MORTGAGE PAYMENT CHANGE
## (CLAIM 10)

The Notice of Mortgage Payment Change filed on June 24, 2021 for Claim #10 is hereby WITHDRAWN. Therefore, the hearing scheduled for October 20, 2021 at 9:00 a.m. is cancelled. The Objection to Notice of Mortgage Payment Change [Dkt. No. 109] is DENIED as moot.

Dated: 9/8/2021

/s/ Maria D. Miksich, Esq.
Maria D. Miksich, Esq. (Atty ID: 319383)
KML Law Group, P.C.
701 Market Street, Suite 5000 Philadelphia, PA
215-627-1322
mmiksich@kmllawgroup.com

So ordered. this 13th day of September 2021

_____ J.
GREGORY J. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-21674-GLT |
| Michael W. Parker | Chapter 13 |
| Sherri E. Parker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Sep 13, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael W. Parker, 534 Oak Avenue, Elizabeth, PA 15037-1634 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2021         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes bnicholas@kmllawgroup.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Sherri E. Parker chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | |
| | on behalf of Debtor Michael W. Parker chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Maria Miksich | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited |

District/off: 0315-2 User: culy Page 2 of 2
Date Rcvd: Sep 13, 2021 Form ID: pdf900 Total Noticed: 1

    Mortgage Loan Trust 2006-2 Asset Backed Notes mmiksich@kmllawgroup.com

Matthew Christian Waldt
    on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8