**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL W. PARKER
SHERRI E. PARKER
       Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:16-21674

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/03/2016 and confirmed on 9/30/16 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 134,760.46 |
| Less Refunds to Debtor | 1,483.81 | |
| TOTAL AMOUNT OF PLAN FUND | | 133,276.65 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,900.00 | |
|    Trustee Fee | 6,635.77 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,535.77 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DEUTSCHE BANK NATIONAL TRUST CO -<br>    Acct: 3156 | 0.00 | 72,780.49 | 0.00 | 72,780.49 |
|   DEUTSCHE BANK NATIONAL TRUST CO -<br>    Acct: 3156 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DEUTSCHE BANK NATIONAL TRUST CO -<br>    Acct: 3156 | 16,165.73 | 16,165.73 | 0.00 | 16,165.73 |
|   PRA RECEIVABLES MANAGEMENT LLC - A<br>    Acct: 3562 | 23,312.01 | 23,312.01 | 3,169.83 | 26,481.84 |
| | | | | 115,428.06 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL W. PARKER<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   MICHAEL W. PARKER<br>    Acct: | 1,483.81 | 1,483.81 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXX8/21 | 500.00 | 500.00 | 0.00 | 0.00 |
|   PEOPLES NATURAL GAS CO LLC*<br>    Acct: 8778 | 0.00 | 2,388.33 | 0.00 | 2,388.33 |
| | | | | 2,388.33 |
| **Unsecured** | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>    Acct: 0001 | 6,264.98 | 1,436.25 | 0.00 | 1,436.25 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC<br>    Acct: 5915 | 952.76 | 218.42 | 0.00 | 218.42 |
|   CAVALRY PORTFOLIO SERVICES LLC(*)<br>    Acct: 1676 | 0.00 | 0.00 | 0.00 | 0.00 |
|   QUANTUM3 GROUP LLC AGNT - COMENI<br> | 455.22 | 104.36 | 0.00 | 104.36 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 7256 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 2,712.56 | 621.85 | 0.00 | 621.85 |
| Acct: 7654 | | | | |
| CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0346 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5773 | | | | |
| ESCALLATE LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2663 | | | | |
| FAMILY PRACTICE MED ASSOC SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9986 | | | | |
| JEFFERSON HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0200 | | | | |
| JEFFERSON HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0400 | | | | |
| CAPITAL ONE NA** | 1,965.73 | 450.64 | 0.00 | 450.64 |
| Acct: 6960 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7459 | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0640 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,511.86 | 346.59 | 0.00 | 346.59 |
| Acct: 2519 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,807.07 | 414.27 | 0.00 | 414.27 |
| Acct: 1220 | | | | |
| STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8752 | | | | |
| MIDLAND FUNDING LLC | 1,448.68 | 332.11 | 0.00 | 332.11 |
| Acct: 5898 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3662 | | | | |
| | | | | 3,924.49 |

TOTAL PAID TO CREDITORS                                                                                  121,740.88

TOTAL CLAIMED
PRIORITY              0.00
SECURED         39,477.74
UNSECURED       17,118.86

Date: 09/24/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    MICHAEL W. PARKER
    SHERRI E. PARKER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-21674

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-21674-GLT
Michael W. Parker  Chapter 13
Sherri E. Parker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: jhel  Page 1 of 3
Date Rcvd: Sep 27, 2021  Form ID: pdf900  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael W. Parker, Sherri E. Parker, 534 Oak Avenue, Elizabeth, PA 15037-1634 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14282671 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14304707 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14236612 | | Escallate, LLC, P.O. Box 645425, Cincinnati, OH 45264-5425 |
| 14236611 | | Escallate, LLC, P.O. Box 630906, Cincinnati, OH 45263-0906 |
| 14236613 | | Family Practice Medical Associates South, 1200 Brooks Lane #290, Jefferson Hills, PA 15025-3765 |
| 14236615 | + | Jefferson Hospital, P.O. Box 643054, Pittsburgh, PA 15264-3054 |
| 14236619 | | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14236620 | | People's Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14300953 | + | Peoples Natural Gas Company LLC, c/o Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14224176 | | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14236625 | + | United Collection Bureau, Inc., P.O. Box 140190, Toledo, OH 43614-0190 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:38 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14224175 | | Email/Text: ally@ebn.phinsolutions.com | Sep 27 2021 23:24:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14227844 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2021 23:24:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14236607 | | Email/Text: bankruptcy@cavps.com | Sep 27 2021 23:25:00 | Cavalry Portfolio, 4050 E. Cotton Center, Suite 20, Phoenix, AZ 85040 |
| 14236606 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:48 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14233336 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 27 2021 23:39:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14236608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity - Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14236609 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2021 23:24:00 | Comenity-HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14236610 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 27 2021 23:25:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 14236614 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 27 2021 23:24:00 | GM Financial, 4001 Embarcadero, Arlington, TX 76014-4106 |
| 14236617 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 27 2021 23:24:00 | Kohl's Payment Center, P.O. Box 2983, |

Case 16-21674-GLT    Doc 124    Filed 09/29/21    Entered 09/30/21 00:35:58    Desc
Imaged Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Milwaukee, WI 53201-2983 |
| 14274868 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2021 23:25:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14236618 | + | Email/PDF: cbp@onemainfinancial.com | Sep 27 2021 23:39:20 | One Main Financial, PO Box 70911, Charlotte, NC 28272-0911 |
| 14706711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14300893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2021 23:39:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14243440 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14241889 | | Email/Text: bnc-quantum@quantum3group.com | Sep 27 2021 23:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14236623 | | Email/Text: amieg@stcol.com | Sep 27 2021 23:24:00 | State Collection Service Inc., PO Box 6250, Madison, WI 53716 |
| 14236621 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2021 23:39:40 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14236624 | | Email/PDF: gecsedi@recoverycorp.com | Sep 27 2021 23:39:34 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Indenture |
| cr | | Select Portfolio Servicing, Inc. |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14236605 | * | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14236062 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14236616 | *+ | Jefferson Hospital, P.O. Box 643054, Pittsburgh, PA 15264-3054 |
| 14236622 | * | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

District/off: 0315-2 | User: jhel | Page 3 of 3
Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 33

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Sherri E. Parker chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Michael W. Parker chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company  as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes mmiksich@kmllawgroup.com |
| Matthew Christian Waldt | on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8