**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
11/15/21 12:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MICHAEL W. PARKER
SHERRI E. PARKER
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-21674

Chapter 13

Related to Dkt. No. 121

### ORDER OF COURT

AND NOW, this 15th day of November 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
GREGORY L. TADDONIO
U.S. BANKRUPTCY JUDGE

jah

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-21674-GLT
Michael W. Parker  Chapter 13
Sherri E. Parker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　User: culy　　　　　　　　　　　Page 1 of 3
Date Rcvd: Nov 15, 2021　　　　　　　　　Form ID: pdf900　　　　　　　　Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael W. Parker, Sherri E. Parker, 534 Oak Avenue, Elizabeth, PA 15037-1634 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14282671 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14304707 | | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14236611 | | Escallate, LLC, P.O. Box 630906, Cincinnati, OH 45263-0906 |
| 14236612 | | Escallate, LLC, P.O. Box 645425, Cincinnati, OH 45264-5425 |
| 14236613 | | Family Practice Medical Associates South, 1200 Brooks Lane #290, Jefferson Hills, PA 15025-3765 |
| 14236615 | + | Jefferson Hospital, P.O. Box 643054, Pittsburgh, PA 15264-3054 |
| 14236619 | | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 14236620 | | People's Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14300953 | + | Peoples Natural Gas Company LLC, c/o Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14224176 | | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14236625 | + | United Collection Bureau, Inc., P.O. Box 140190, Toledo, OH 43614-0190 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:28:11 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14224175 | | Email/Text: ally@ebn.phinsolutions.com | Nov 15 2021 23:29:00 | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14227844 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2021 23:29:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14236607 | | Email/Text: bankruptcy@cavps.com | Nov 15 2021 23:29:00 | Cavalry Portfolio, 4050 E. Cotton Center, Suite 20, Phoenix, AZ 85040 |
| 14236606 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:28:10 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14233336 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2021 23:28:22 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14236608 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2021 23:29:00 | Comenity - Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14236609 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2021 23:29:00 | Comenity-HSN, PO Box 659707, San Antonio, TX 78265-9707 |
| 14236610 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 15 2021 23:29:00 | Credit Collection Services, PO Box 55126, Boston, MA 02205-5126 |
| 14236614 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 15 2021 23:29:00 | GM Financial, 4001 Embarcadero, Arlington, TX 76014-4106 |
| 14236617 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2021 23:29:00 | Kohl's Payment Center, P.O. Box 2983, |

Case 16-21674-GLT   Doc 129   Filed 11/17/21   Entered 11/18/21 00:29:27   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2021 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Milwaukee, WI 53201-2983 |
| 14274868 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 15 2021 23:29:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14236618 | + | Email/PDF: cbp@onemainfinancial.com | Nov 15 2021 23:27:59 | One Main Financial, PO Box 70911, Charlotte, NC 28272-0911 |
| 14706711 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:28:22 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14300893 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2021 23:27:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14243440 | | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2021 23:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14241889 | | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2021 23:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14236623 | | Email/Text: amieg@stcol.com | Nov 15 2021 23:29:00 | State Collection Service Inc., PO Box 6250, Madison, WI 53716 |
| 14236621 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2021 23:28:23 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 14236624 | | Email/PDF: gecsedi@recoverycorp.com | Nov 15 2021 23:28:21 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Indenture |
| cr | | Select Portfolio Servicing, Inc. |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 14236605 | * | Ally Financial, P O Box 130424, Roseville, MN 55113-0004 |
| 14236062 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14236616 | *+ | Jefferson Hospital, P.O. Box 643054, Pittsburgh, PA 15264-3054 |
| 14236622 | * | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2021           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:

District/off: 0315-2     User: culy     Page 3 of 3
Date Rcvd: Nov 15, 2021     Form ID: pdf900     Total Noticed: 33

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Joint Debtor Sherri E. Parker chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Debtor Michael W. Parker chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes mmiksich@kmllawgroup.com |
| Matthew Christian Waldt | on behalf of Creditor Select Portfolio Servicing Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8